# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Allen Ziman, | Case No. 2:25-cv-01954-CDS-BNW |
| Plaintiff | **Order Granting Plaintiff's Motion to Extend Time** |
| v. | |
| Brightstar Global Solutions Corporation, et al., | [ECF No. 6] |
| Defendants | |

Out-of-state counsel for plaintiff Allen Ziman seeks additional time to apply for permission to practice pro hac vice in this district. Mot., ECF No. 6. In her declaration, Courtney Maccarone explains that she complied with the local rule by filing an application to practice pro hac vice in a first-filed action related to this matter. Maccarone decl., Pl.'s Ex. A, ECF No. 6-1. She further avers that if the related actions are consolidated, this case will close, thus filing an application is an inefficient use of resources. *Id.* at 2. Based on the representations of counsel, I find the request for an extension of time is made in good faith.

IT IS HEREBY ORDERED that plaintiff's motion for an extension of time **[ECF No. 6] is GRANTED**. If appropriate, Courtney Maccarone must submit her verified petition to practice pro hac vice within fourteen days of the court's decision on the unopposed motion to consolidate (*see* ECF No. 19 in *Martinelli v. International Game Technology, et al.*, Case No. 2:25-cv-01917-GMN-NJK).

Dated: December 2, 2025

_____
Cristina D. Silva
United States District Judge